1  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   Marshall B. Grossman (No. 35958)
2  Gwyn Quillen (No. 138428)
   Scott Vick (No. 171944)
3  The Water Garden
   1620 26th Street
4  Fourth Floor, North Tower
   Santa Monica, CA 90404-4060
5  Telephone: 310-907-1000
   Facsimile: 310-907-2000
6  E-Mail: svick@agsk.com

7  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   Stan G. Roman (No. 87652)
8  Tracy Clements (No. 184150)
   114 Sansome Street, 7th Floor
9  San Francisco, CA 94104
   Telephone: 415-249-8330
10 Facsimile: 415-249-8333
   E-Mail: sroman@kksrr.com
11
   Attorneys for Plaintiff
12 ARTHUR ANDERSEN LLP

13              UNITED STATES DISTRICT COURT FOR THE

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION                *E-FILED - 8/2/06*

16

17                                          CASE NO. C-06-02035 RMW
   ARTHUR ANDERSEN LLP,
18                                          STIPULATION AND [PROPOSED]
              Plaintiff,                    ORDER RE: CASE MANAGEMENT
19                                          CONFERENCE
         vs.
20                                          Date: N/A
   McKESSON CORPORATION, HBO                Time: N/A
21 & COMPANY, INC. and ROES 1-100,          Place: Courtroom 6, Fourth Floor
   Defendants.
22

23         WHEREAS, on March 16, 2006, Arthur Andersen LLP ("Andersen")

24 commenced this action against McKesson Corporation ("McKesson") and HBO &

25 Company ("HBOC") in the San Jose Division of the United States District Court for the

26 Northern District of California ("Andersen v. McKesson");

27         WHEREAS, the Court has deemed this action related to another case

28 pending before the Honorable Ronald M. Whyte, entitled McKesson Corp. et al. v. Arthur

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP
                    Stipulation and [Proposed] Order Re: Case Management Conference

1   Andersen LLP et al., Case No. C-05-04020 RMW ("McKesson v. Andersen");

2         WHEREAS, all of the parties in both Andersen v. McKesson and McKesson
3   v. Andersen have filed motions to dismiss the various claims against them;

4         WHEREAS, the Court has already approved a common briefing schedule
5   where the various motions to dismiss will be heard on September 22, 2006;

6         WHEREAS, the Case Management Conference in McKesson v. Andersen
7   (the first filed case) is set for September 22, 2006;

8         WHEREAS, the Case Management Conference in Andersen v. McKesson
9   (the latter filed case) is currently set for July 28, 2006;

10         WHEREAS, in the interests of efficiency, the Case Management
11   Conferences in Andersen v. McKesson and McKesson v. Andersen should be held on the
12   same date;

13         WHEREAS the parties have met and conferred and reached an agreement
14   on a revised date for the Case Management Conference in this action in order to
15   coordinate it with the Case Management Conference in McKesson v. Andersen;

16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

899592_1.DOC         -1-

Stipulation and [Proposed] Order Re: Case Management Conference

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the date of the Case Management Conference for this action shall be changed from July 28, 2006 to September 22, 2006.

DATE: July 20, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

- and -

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By  /s/ Scott Vick
Scott Vick
Attorneys for Plaintiff
ARTHUR ANDERSEN LLP

DATE: July 20, 2006        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By  /s/ Timothy Miller
Timothy Miller
Attorneys for Defendant
McKESSON CORPORATION and HBO & COMPANY, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/2, 2006

/S/ RONALD M. WHYTE
The Honorable Ronald M. Whyte
United States District Judge